UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:
    ROBERT W. SHIVERS                                    CASE NO. 12-32149
    DEBTOR                                                   CHAPTER 7

## TRANSMITTAL OF UNCLAIMED FUNDS

    JOHN C. CONINE, Trustee of this estate, reports the following:

    1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

    Robert W. Shivers
    1268 Scotts Hideaway, Apt. C
    Farmerville, LA 71241-0000                      $3,444.88

    2. Your Trustee's check for $ 3,444.88, payable to the Clerk of the Court, is attached to this report and list.

    3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, April 20, 2015.

                                                    __S/ John Clifton Conine_____
                                                    JOHN C. CONINE, TRUSTEE
                                                    1150 Miller Farm Road
                                                    Natchitoches, LA 71457-5322
                                                    Ph. (318) 352-3602
                                                    Fax. 1-866-887-7413
                                                    Email: coninejc@gmail.com